CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2024
BY _____ ARTHUR JOHNSTON _____ DEPUTY

RECEIVED
OCT 15 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

JACKSON MS 390
27 SEP 2024 PM 3 L
FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES
ZIP 39201
02 7H
0006204565
$ 000.97⁰
SEP 27 2024

RECEIVED
OCT 15 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

**RETURN TO SENDER**
**NO LONGER AT THIS ADDRESS**

Special Mail — Open



NIXIE        392    DE  1           0010/10/24
         RETURN TO SENDER
      INSUFFICIENT ADDRESS
          UNABLE TO FORWARD
BC:  39201502825        *0566-04797-27-44

Case: 3:22-cv-00551-DPJ-ASH

Stafford L. Chambers #T1269
East MS Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

-------------------------------------------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STAFFORD L. CHAMBERS, #T1269                     PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 3:22-cv-551-DPJ-ASH

RAY RICE, et al.                                     DEFENDANTS

## ORDER SETTING OMNIBUS HEARING

This cause is before the Court sua sponte, the undersigned having concluded that an omnibus hearing should be held in order to ensure that this case is moved expeditiously. At this hearing the Court will seek: 1) to determine if dismissal under 28 U.S.C. § 1915(e) and/or 28 U.S.C. § 1915A is appropriate; 2) to define the issues to be litigated; 3) to assure appropriate discovery and to define the limitations for discovery; 4) to ascertain the potential witnesses and exhibits, and to provide appropriate assistance to the pro se litigant; 5) to entertain any motion of the parties; and 6) to schedule further proceedings and a trial on the merits of the case if appropriate.

This hearing will operate as a *Spears* hearing, *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), as well as a scheduling, discovery, status, and pretrial conference under Federal Rule of Civil Procedure 16. If appropriate, an Omnibus Order will be entered following the hearing, which will constitute a Pretrial Order.

IT IS, THEREFORE, ORDERED:

1.     The parties will appear for an omnibus hearing before the undersigned Magistrate Judge on **WEDNESDAY, October 30, 2024**, at 10:30 A.M. in Courtroom 5D of the Thad Cochran United States Courthouse, 501 E. Court Street, Jackson, Mississippi 39201.

2. The parties must be prepared to discuss at the hearing discovery necessary to prepare for trial. No requests for discovery will be served by the parties prior to the omnibus hearing.

3. The parties must complete the attached witness list of potential witnesses they propose to call at trial, providing appropriate addresses for each including the MDOC number, unit number and institution where those proposed witnesses who are incarcerated are housed. The parties must provide a brief summary of what each proposed witness would testify to at trial. The parties must bring the completed witness lists to the omnibus hearing.

4. THE PARTIES ARE WARNED THAT FAILURE TO PROVIDE THE ABOVE INFORMATION FOR EACH PROPOSED WITNESS OR FAILURE TO BRING THIS INFORMATION TO THE OMNIBUS HEARING WILL OPERATE AS A WAIVER OF THE RIGHT TO CALL THAT PERSON TO TESTIFY AT TRIAL.

5. The parties must complete the attached exhibit list by listing each document and/or object they propose to introduce as evidence at trial providing a brief description of each proposed exhibit and a short statement of the purpose for which the exhibit list will be introduced. The parties must bring the completed exhibit list to the omnibus hearing.

6. THE PARTIES ARE WARNED THAT FAILURE TO PROVIDE THE ABOVE INFORMATION FOR EACH PROPOSED EXHIBIT OR FAILURE TO BRING THIS INFORMATION TO THE OMNIBUS HEARING WILL OPEREATE AS A WAIVER OF THE RIGHT TO HAVE THAT EXHIBIT INTRODUCED AS EVIDENCE AT TRIAL.

7. The defendant(s) shall bring copies to the hearing for both the Court and the plaintiff of all official documents regarding the plaintiff's incarceration at their facility. This

shall include jail logs, RVR reports, and any other documentation relevant to the issues presented in the complaint.

8. If the complaint involves a medical claim, the defendant(s) shall bring copies to the hearing for both the Court and the plaintiff all of the plaintiff's medical records which are available to the defendant(s). The plaintiff shall also bring any available medical records to the hearing.

9. The parties shall be prepared to make a full statement of each and every claim or defense and how they propose to prove those claims or defenses. All outstanding motions will be considered by the Court at this hearing. Any motion not brought before the Court at this omnibus hearing will be deemed abandoned and waived.

10. The deadline to file any motion for leave to amend the pleadings or join parties is fourteen days prior to the hearing.

11. Any motions to dismiss for failure to exhaust administrative remedies shall be filed no later than seven days prior to the omnibus hearing.

12. A dispositive motion deadline will be set at a later date by the Court.

13. Cases not otherwise disposed of will be set for trial at a time to be announced by the Court.

SO ORDERED, this the 27th day of September, 2024.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

# WITNESS LIST

PLEASE LIST ALL PERSONS YOU WISH TO CALL AS A WITNESS IN THIS TRIAL OF YOUR CASE. FOR EACH PERSON LISTED, WRITE ON THIS SHEET:

1. Name;
2. MDOC number, if applicable;
3. Location or address;
4. Statement of their proposed testimony.

1.

2.

3.

4.

5.

6.

7.

# EXHIBIT LIST

PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE (papers, medical records, pictures, statements of witnesses, etc.). FOR EACH EXHBIT LISTED, WRITE ON THIS SHEET:

    1.    A brief description of the exhibit;
    2.    A short statement of the purpose for which the exhibit will be introduced.

1.

2.

3.

4.

5.

6.

7.

**Other Orders/Judgments**
3:22-cv-00551-DPJ-ASH
Chambers v. Rice et al

ADMINISTRATIVE,ASH,CASREF

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 9/27/2024 at 11:40 AM CDT and filed on 9/27/2024
**Case Name:** Chambers v. Rice et al
**Case Number:** 3:22-cv-00551-DPJ-ASH
**Filer:**
**Document Number:** 40

**Docket Text:**
**ORDER- Omnibus Hearing set for 10/30/2024 at 10:30 AM in Courtroom 5D in Jackson, MS before Magistrate Judge Andrew S. Harris. (See Order for details of deadlines, etc.) Signed by Magistrate Judge Andrew S. Harris on 9/27/24.(AAO)**

**3:22-cv-00551-DPJ-ASH Notice has been electronically mailed to:**

La'Bria Marsha Barnes-State Gov    labriambarnes@gmail.com, Labria.Barnes@ago.ms.gov, shalenia.williams@ago.ms.gov

Thomas R. Julian    tjulian@danielcoker.com, pgoldman@danielcoker.com

**3:22-cv-00551-DPJ-ASH Notice has been delivered by other means to:**

James Miller
1551 Gunter Rd.
Walnut Grove, MS 39189

Ray Rice
1520 CR 160
Stonewall, MS 39363

Stafford L. Chambers
#T1269
East MS Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/27/2024] [FileNumber=6930944-0

] [5473ea753a904c646375bcc92060c0ed5cb5134605258d3b9adcb98b00629145ad6
8b041b22b1a1026cd0a9b990c4ab22a90e13b681152ce4e649634808cffd8]]